**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

---

Chapter 13
Bky Case No. 26-32643 MAB

In re:

Bradley D. Moore,

Debtor.

**DEBTOR'S RESPONSE TO THE TRUSTEE'S AND CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

The debtor, comes now, through his undersigned counsel, for his response to the Chapter 13 Trustee's (Docket No. 18) and Creditor Carlsons' (Docket No. 25) Objections to Confirmation, states the following:

1. The debtor agrees the pending chapter 13 plan can not be confirmed. The debtor intends to file a new chapter 13 plan that addresses some of the points raised in both objections.

WHEREFORE, the debtor requests that the court grant the following relief:

1. Enter an order consistent with the proposed order included in the Chapter 13 Trustee's objection (Docket No. 18, page 9); and
2. For other relief the Court believes is just and appropriate.

**LAMEY LAW FIRM, P.A.**

**Dated**: November 4, 2026

/e/ John D. Lamey III
John D. Lamey III, I.D. #0312009
Attorney for the debtor
980 Inwood Avenue North
Oakdale, MN 55128 / 651.209.3550